IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH ORVIN LIPPITT, JR.,

    Petitioner,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No. 15-cv-440-wmc

J. OLIVER, Warden,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Kenneth Orvin Lippitt Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 9/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |